The order below is hereby signed.

Signed: June 02, 2006.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| GREATER SOUTHEAST COMMUNITY | ) | Case No. 02-02250 |
| HOSPITAL CORPORATION, I, *et al.*, | ) | (Chapter 11) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| SAM J. ALBERTS, TRUSTEE FOR | ) | |
| THE DCHC LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 04-10366 |
| HCA INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER DENYING MOTION TO QUASH FILED BY KUTAK ROCK LLP

This order is issued pursuant to the court's oral ruling of

this date on the Motion to Quash filed by Kutak Rock LLP.  In

that ruling, the court expressed its preliminary view that

expenses ought not be awarded in light of the obligation of an

attorney, upon termination of the representation of a client, to

turn over to the client all papers relating to that

representation.  The plaintiff Alberts made clear on the record today his desire that Kutak Rock LLP produce to him all of the client files Kutak Rock LLP possesses relating to the debtors. Kutak Rock LLP could elect to comply with its obligation to honor that request and to produce to Alberts all of the client files relating to the debtors.  That would obviate any expense in searching through the client files for only the items specifically addressed by the subpoena.  Accordingly, Kutak Rock LLP ought not be reimbursed for any expense incurred by reason of Kutak Rock LLP's decision not to produce the entire client files to which the plaintiff is entitled.  It is thus

ORDERED that the Motion to Quash Subpoena Directed to Kutak Rock LLP (Docket Entry No. 146) is DENIED.  It is further

ORDERED that by June 12, 2006, Kutak Rock LLP shall produce to the plaintiff any and all documents responsive to the third-party subpoena issued by the plaintiff.  It is further

ORDERED that the request to condition compliance with the subpoena on reimbursement of expenses of production is DENIED without prejudice to renewal of a request for reimbursement of such expenses by way of a motion, filed after production is completed, that addresses the court's preliminary view on that issue.

[Signed and dated above.]

Copies to: All counsel of record for the parties; and Jeffrey A. Wadsworth, Esq. [counsel for Kutak Rock, LLP].