The order below is hereby signed.

Signed: March 08, 2007.



```
_____
         S. Martin Teel, Jr.
     United States Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| GREATER SOUTHEAST COMMUNITY | ) | Case No. 02-02250 |
| HOSPITAL CORP., I, *et al.*, | ) | (Chapter 11) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| SAM J. ALBERTS, TRUSTEE FOR | ) | |
| THE DCHC LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding No. |
| v. | ) | 04-10366 |
| | ) | |
| HCA INC. AND GALEN HOSPITAL | ) | |
| ILLINOIS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER AMENDING MEMORANDUM DECISION REGARDING MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT</u>

It appearing to the court that the reference to "§ 2602 of the Internal Revenue Code" in footnote 24 of the court's Memorandum Decision Regarding Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment (D.E. No. 328, entered December 6, 2006) is in error, and that the court's intended

reference was to 26 U.S.C. § 6502, it is

   ORDERED that footnote 24 of the Memorandum Decision Regarding Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment (D.E. No. 328) is amended to state as follows:

> The court recognizes that the doctrine of equitable tolling does not apply to actions brought under the IUFTA because that statute contains a statute of repose, see n.15, supra, but the statute in question here is § 6502 of the Internal Revenue Code, not § 10 of the IUFTA.

It is further

   ORDERED that the clerk of the court post the Memorandum Decision Regarding Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment (D.E. No. 328) as amended by this order for review by the public.

                              [Signed and dated above.]

Copies to: All counsel of record.

D:\Andrew Faucett Temp Docs\Decisions with Related Orders\Alberts v. HCA, Inc. (In re Greater Southeast Cmty. Hosp. Corp. I)\order_amend_summary judgment_Alberts v. HCA.wpd

2